UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER 08-758 |
| V. | : |
| DANNY LEE KERR | : **ORDER** |

This defendant has filed a motion requesting an early termination of Supervised Release and the United States Attorney's Office takes no position regarding the motion (Assistant United States Attorney Dara Govan, appearing) and the United States Probation Office not objecting to this Order, and being satisfied that such action is warranted by the conduct of the defendant and in the interest of Justice;

IT IS ON THE 8th day of ~~July,~~ August 2011;

ORDERED that defendant's motion for early termination of Supervised Release is hereby granted.

HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE